**Local Form 4A** December 2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
*ASHEVILLE/BRYSON CITY* DIVISION

| In re: | ) | Case No. 18-10278 |
|---|---|---|
| RONALD JOHN ROBINSON | ) | |
| TINA HOLLIFIELD ROBINSON | ) | |
| | ) | Chapter 13 |
| TIN: XXX-XX-9882 | ) | |
| TIN: XXX-XX-4304 | ) | |
| Debtor(s) | ) | |

**AMENDMENT TO CHAPTER 13 PLAN
AND NOTICE OF OPPORTUNITY FOR HEARING ON CONFIRMATION OF THE PLAN
FOR CASES FILED ON OR AFTER DECEMBER 1, 2017**

Check if applicable to this plan amendment:

| 1.1 | A limit on the amount of a secured claim that may result in a partial payment or no payment at all to the secured creditor (Part 3.2) | ☐ Included | x **Not Included** |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest (Part 3.4) | ☐ Included | x **Not Included** |
| 1.3 | Request for termination of the 11 U.S.C. § 362 stay as to surrendered collateral (Part 3.5) | ☐ Included | x **Not Included** |
| 1.4 | Request for assumption of executory contracts and/or unexpired leases (Part 6) | ☐ Included | x **Not Included** |
| 1.5 | **Nonstandard provisions** | X **Included** | ☐ Not Included |

The Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows:

**3.3 Secured claims excluded from 11 U.S.C. § 506.**
*Check one.*

**None.** *If "None" is checked, the rest of Part 3.3 need not be completed or reproduced.*

X    The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or

(2) incurred within 1 year (365 days) of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the Plan with interest at the rate stated below. These payments will be disbursed by the Chapter 13 Trustee, directly by the Debtor, or as otherwise specified below.

| | | | | | |
|---|---|---|---|---|---|
| Carolina Finance, LLC | 2017 Nissan Sentra | $15,000 | Disbursed by:<br>☒Trustee<br>☐Debtor<br>☐Other<br>$405<br>As Valued<br>TILL 6.75% | $1,200 | 0% |

<u>TAKE NOTICE:  Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully and discuss them with your attorney, if you have one, in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.</u>

If you do not want the Court to confirm the Debtor's proposed Plan as amended, or if you want the Court to consider your views on these matters, then you and/or your attorney must file a written objection to confirmation and request for hearing on confirmation at one of the following addresses:

### Cases filed in the Charlotte or Shelby Divisions:

Physical & Mailing Address: Clerk, U.S. Bankruptcy Court, 401 West Trade Street, Room 111, Charlotte, N.C. 28202

### Cases filed in the Statesville Division:

Physical Address: Clerk, U.S. Bankruptcy Court, 200 West Broad Street, Room 301, Statesville, N.C. 28677
Mailing Address: Clerk, U.S. Bankruptcy Court, 401 West Trade Street, Room 111, Charlotte, N.C. 28202

### Cases filed in the Asheville or Bryson City Divisions:

Physical & Mailing Address: Clerk, U.S. Bankruptcy Court, 100 Otis Street, Room 112, Asheville, N.C. 28801-2611

Your objection to confirmation and request for hearing must include the specific reasons for your objection and must be filed with the Court no later than 21 days following the conclusion of the § 341 meeting of creditors, or within 21 days of service of the amendment, whichever is later. If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above. You must also serve a copy of your objection to confirmation on the Debtor at the address listed in the notice of the meeting of creditors. The Debtor's attorney and the Chapter 13 Trustee will be served electronically. If any objections to confirmation are filed with the Court, the objecting party will provide written notice of the date, time, and location of the hearing. **No hearing will be held unless an objection to confirmation is filed.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the proposed plan of the Debtor as amended and may enter an order confirming the amended plan and granting the motions. **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed pursuant to 11 U.S.C. § 1325(a)(5)(A).**

I declare under penalty of perjury that the information provided in this Amendment to Chapter 13 Plan is true and correct as to all matters set forth herein.

Dated_____        _____
                                     Ronald John Robinson

Dated_____        _____
                                     Tina Hollifield Robinson

I hereby certify that I have reviewed this document with the Debtor and that the Debtor has received a copy of this document.

Dated_____        _____
                                     David R. Hillier

2

```
              UNITED STATES BANKRUPTCY COURT
        FOR THE WESTERN DISTRICT OF NORTH CAROLINA
              ASHEVILLE/BRYSON CITY DIVISIONS
```

IN RE:                          )    Case No. 18-10278
                                )    Chapter 13
RONALD JOHN ROBINSON            )
TINA HOLLIFIELD ROBINSON        )    CERTIFICATE OF SERVICE
                                )
     Debtor(s).                 )
                                )
_____)

I, David R. Hillier, hereby certify that Amendment to Chapter 13 Plan was mailed on July 31, 2018 to the parties listed on the attached matrix, who, in my opinion, are the proper parties to be served in accordance with the Federal Rules of Bankruptcy Procedure and the Court's Local Bankruptcy Rules.

This the 31st day of July, 2018.

                              GUM, HILLIER & McCROSKEY, P.A.

                              BY: _____
                              David R. Hillier
                              NC Bar No. 6206
                              PO Box 3235
                              Asheville NC  28802
                              (828) 258-3368

RONALD AND TINA ROBINSON
253 ANCHOR DRIVE
ALEXANDER NC 28701

MICHAEL JAY EMREY
SHAPIRO INGLE LLP
10130 PERIMETER PARKWAY
SUITE 400
CHARLOTTE, NC 28216

DAVID R. HILLIER
GUM, HILLIER & MCCROSKEY, P.A.
47 NORTH MARKET STREET
PO BOX 3235
ASHEVILLE, NC 28802

NC DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH NC 27602-1168

U.S. ATTORNEY
U. S. COURTHOUSE
100 OTIS STREET, ROOM 233
ASHEVILLE NC 28801

BADCOCK & MORE
PO BOX 724
MULBERRY FL 33860

CAROLINA FINANCE, LLC
PO BOX 6448
ASHEVILLE NC 28816

MONTGOMERY WARD
1112 7TH AVENUE
MONROE WI 53566

ONE MAIN FINANCIAL BANKRUP
PO BOX 140489
IRVING TX 75014

SETERUS, INC.
ATTN: BANKRUPTCY DEPARTMEN
PO BOX 1047
HARTFORD CT 06143-1047

INTERNAL REVENUE SERVICE
P.O. BOX 7317
PHILADELPHIA, PA 19101-7346

W.S BADCOCK
P.O. BOX 724
MULBERRY, FL 33860